AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

**SEALED**

United States of America
v.

Carl Henry Coleman, III

)
)
)
)
)
)

Case No.   4:25cr43

FID: 9229756
FBI

*Defendant*

2025 JUN 10  A 9:30
EASTERN DISTRICT
OF VIRGINIA
NORFOLK DIVISION

RECEIVED
UNITED STATES MARSHAL

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Carl Henry Coleman, III                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

T.18:922(g) and 924(a)(8) - Felon in Possession of a Firearm

Date:    06/09/2025

*Issuing officer's signature*

City and state:    Newport News, VA

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  06/10/2025  , and the person was arrested on *(date)*  01/06/2026 at *(city and state)*  Norfolk, VA  . |
| Date:  01/06/2026 |

*Arresting officer's signature*

Kevin Fuss, DUSM
*Printed name and title*